IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORIE LARSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration;<br><br>    Defendant. | 8:13CV313<br><br>ORDER ON MOTION TO EXTEND BRIEF DEADLINE |

  The plaintiff, by an through her counsel, has filed a Motion to Extend Brief Deadline, ECF No. 10.  The plaintiff requests an extension of 30 days in which to submit a brief in support of her position.  The plaintiff's counsel has contacted defendant's counsel and defendant's counsel has expressed no objection to the extension.

  IT THEREFORE IS ORDERED that:

  1.  the plaintiff's Motion to Extend Brief Deadline, ECF No. 10, is granted;

  2.  the plaintiff shall have on or before May 7, 2014, in which to file and serve her brief in support of plaintiff's position;

  3.  the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

  4.  within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief ; and

  5.  the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4 hereof.

  Dated April  7, 2014.

        BY THE COURT

        _____
        Warren K. Urbom
        United States Senior District Judge